Dan M. Forman, State Bar No. 155811
dforman@cdflaborlaw.com
CAROTHERS DiSANTE & FREUDENBERGER, LLP
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Tel:  213-612-6300; Fax:  213-612-6301

Special Appearance as Attorneys for Specially Appearing
Defendant Intrepid Travel Proprietary Limited

Paul T. Cullen, Bar No. 193575
The Cullen Law Firm, APC
19360 Rinaldi Street, Box 647
Porter Ranch, CA 91326
Tel:  818-360-2529; Fax: 866-794-5741
Paul@Cullenlegal.com

Attorneys for Plaintiffs Philip Allen and
Brian Calder

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| Philip Allen and Brian Calder on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>            v.<br><br>PEAK DMC NORTH AMERICA, a California corporation (formerly known as SUNTREK TOURS, INC., a California corporation, and dba INTREPID SUNTREK); INTREPID TRAVEL PROPRIETARY LIMITED, an Australian proprietary company, and DOES 1-10, inclusive<br><br>                        Defendants. | Case No.:  CV12-5165-CAS(JCGx)<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint served: May 23, 2013<br>Current response date: September 10, 2013<br>New response date:  March 10, 2014 |

Pursuant to the stipulation between Intrepid Travel Proprietary Limited, an Australian proprietary company, and the plaintiffs, good cause appearing therefor, the Court hereby extends for a period of 180 days until March 10, 2014 the responsive pleading date for Intrepid Travel Proprietary Limited ("Intrepid") while the parties to this action, the parties to the related State Court action, and the Courts work to resolve

the post-mediation proceedings.  In conformity with the stipulation, the Court orders equitably tolled for an additional 180 days all claims of putative collective class members against Defendant Intrepid while the parties to this action, the parties to the State Court action, and the Courts work to resolve the post-mediation proceedings. Court further finds that  Intrepid is not availing itself of the jurisdiction of this Court by any agreement, participation in any mediation, post mediation meetings, hearings, agreements, pleadings, or appearances related to this action or the Stipulation upon which this Order is based and Intrepid's Stipulation does not constitute a general appearance by Intrepid.

In the event that the parties to this action, the parties to the related State Court action or the Courts do not resolve the post mediation proceedings and Intrepid is not dismissed from this action as a result of final approval by this Court of the proposed settlement, Intrepid and Plaintiffs shall stipulate to a new response date for Intrepid to file responsive pleadings and shall also stipulate to a corresponding number of days that claims of putative collective class members against Defendant Intrepid will be equitably tolled.

IT IS SO ORDERED.

Dated:          September 11, 2013

By:__

Judge of the District Court

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT