| | |
|---|---|
| Paul T. Cullen, State Bar No.: 193575<br>paul@cullenlegal.com<br>THE CULLEN LAW FIRM, APC<br>19360 Rinaldi, Box 647<br>Porter Ranch, CA  91326<br>tel: 818-360-2519;  fax: 866-794-5741<br><br>Attorneys for Plaintiffs PHILIP ALLEN, and BRIAN CALDER | Dan M. Forman, State Bar No. 115811<br>dforman@cdflaborlaw.com<br>Carothers DiSanti & Freudenberger LLP<br>707 Wilshire Blvd., Suite 5150<br>Los Angeles, CA 90017<br>tel: 213-612-6300; fax: 213-612-6301<br><br>Special Appearance as Attorneys for Specially Appearing Defendant Intrepid Travel Proprietary Limited |

Joseph Miller, State Bar No.: 109032
jmiller@millermannlaw.com
Leslie Mann, State Bar No.: 95467
lmann@millermannlaw.com
Miller and Mann LLP
1 Embarcadero Center Suite 4100
San Francisco, CA 94111
tel.: 415-889-6515; fax: 415-889-6516

Attorneys for Defendant PEAK DMC NORTH AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Allen and Brian Calder on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>PEAK DMC NORTH AMERICA, a California corporation (formerly known as SUNTREK TOURS, INC., a California corporation, and dba INTREPID SUNTREK); INTREPID TRAVEL PROPRIETARY LIMITED, an Australian proprietary company, and DOES 1-10, inclusive, | CASE NO.:  CV 12-5165-CAS<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR DISMISSAL<br><br>Judge: Hon. Christina Snyder<br><br>Complaint filed: June 13, 2012 |

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**

1

Defendants.

In light of the conclusion of the settlement proceedings in the Los Angeles Superior Court , the Hon. Mary H. Strobel presiding, resolving the causes of action in the above-captioned matter, and the parties hereto having consented to dismissal, with prejudice, of all claims set forth herein, with all parties bearing their own attorneys fees and costs, the Court hereby dismisses plaintiffs' claims, with prejudice, all parties bearing their own attorneys fees and costs.

It is so ordered.

Dated:   July 30, 2014

By_____*Christine A. Snyder*_____
Judge of the District Court

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**

2